IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC
APR 02 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

In the matter of the indictment and arrest warrant for
(1) MAURICE ANTONIO JETER
(2) TYRONE EUGENE SITTON
 a/k/a "Dirty"

Case No. 1:24-cr-19-MR-WCM

**Filed Under Seal**

## ORDER TO SEAL

UPON MOTION of the United States of America for an order directing that the Indictment, Arrest Warrant, and all related motions or orders issued be sealed,

**IT IS HEREBY ORDERED** that the foregoing materials are sealed.

SO ORDERED on this 2nd day of April 2024.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE